IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARVINMERITOR SEJONG, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv395-WHA |

## **ORDER**

This case is before the court on the Motion to Proceed *In Forma Pauperis* (Doc. #3), filed by the Plaintiff on May 4, 2007.

Upon a review of the affidavit in support of the motion, the court finds the Plaintiff to be indigent. Upon a review of the Complaint, the court finds that, based on allegations contained therein, the action is neither frivolous nor malicious. Therefore, pursuant to 28 U.S.C. § 1915, the motion is GRANTED, and it is hereby

ORDERED that the Plaintiff is allowed to proceed without prepayment of fees, costs, or security therefor. The court notes that this would not excuse the Plaintiff from having costs taxed against her at the conclusion of this action, in the event she should be unsuccessful.

DONE this 14th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE