AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama Northern Division_____

SHALISA RIVERS

V.

ARVINMERITOR SEJONG, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv395-WHA

TO: (Name and address of Defendant)

Arvinmeritor Sejong, LLC
The Corporation Company
2000 Interstate Park Drive Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                5/14/07

CLERK                                           DATE

(By) DEPUTY CLERK