IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:07-cv-395-WHA |
| ) | |
| ARVINMERITOR SEJONG, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COME NOW, Beverly P. Baker and Ryan M. Aday, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., One Federal Place, Suite 1000, 1819 5th Avenue North, Birmingham, Alabama 35203-2118, and hereby enter their appearance as counsel on behalf of Defendant Sejong Alabama, LLC, incorrectly identified in Complaint as ArvinMeritor Sejong, LLC.

The undersigned will file a Corporate/Conflict Disclosure Statement for Defendant Sejong Alabama, LLC, within seven (7) days.

                              Respectfully submitted,

                              /s/ Beverly P. Baker
                              (BAK-014)

                              and

                              /s/ Ryan M. Aday
                              (ADA-053)

Beverly P. Baker (BAK-014)
Ryan M. Aday (ADA-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: beverly.baker@odnss.com
E-mail: ryan.aday@odnss.com

Attorneys for Defendant Sejong Alabama, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2007, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Andy Nelms and Jay Lewis.

/s/ Beverly P. Baker

Beverly P. Baker (BAK-014)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: beverly.baker@odnss.com

4966499.1