**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SHALISA RIVERS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.** |
| | )    **2:07-CV-00395-WHA-TFM** |
| | ) |
| **ARVINMERITOR SEJONG, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT ARVINMERITOR SEJONG, LLC'S**
**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and this Court's March 1, 2007, Order regarding Conflict Disclosure Statements (General Order No. 3047), Defendant ArvinMeritor Sejong Alabama, LLC ("ArvinMeritor Sejong") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities:

    ArvinMeritor Sejong, LLC is a privately held, limited liability company with no subsidiaries.

                                              Respectfully submitted,

                                              /s/ David L. Warren, Jr.
                                              (WAR-042)

Beverly P. Baker (BAK-014)
David L. Warren, Jr. (WAR-042)
**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: beverly.baker@odnss.com
E-mail: david.warren@odnss.com

*Attorneys for Defendant ArvinMeritor Sejong, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2007, I electronically filed the foregoing *Corporate/Conflict Disclosure Statement* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Keith Anderson Nelms, Jay Lewis, and Beverly Poole Baker.

/s/ David L. Warren, Jr.
(WAR-042)

**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: david.warren@odnss.com