IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv395-WHA |
| | ) |
| ARVINMERITOR SEJONG, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss (Doc. #12), filed on June 25, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 17, 2007** why the motion should not be granted. The Defendant shall have **until July 24, 2007**, to file any reply they/he may wish(es) to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 26th day of June, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE