# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS,                     ) | |
|                                     ) | |
|     Plaintiff,                      ) | |
|                                     ) | |
| vs.                                 ) | CIVIL ACTION NO. |
|                                     ) | 2:07-CV-395 |
| ARVINMERITOR SEJONG, LLC and        ) | |
| KELLY SERVICES INC.,                ) | |
|                                     ) | |
|     Defendants.                     ) | |
|                                     ) | |
|                                     ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027: Plaintiff is an individual**.**

Respectfully submitted this the _26th___ day of June, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By:  Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiff
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this__26th__day of June, 2007.

Ryan M. Aday

Beverly Poole Baker

David Lynn Warren , Jr

      /s/ K. Anderson Nelms
K. Anderson Nelms
THE LAW OFFICES OF JAY LEWIS, LLC
By:  Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiff
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com