IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv395-WHA |
| ) | |
| ARVINMERITOR SEJONG, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is hereby ORDERED that the parties respond to the Rule 26(f) Order (Doc. #10), entered by the court on June 5, 2007, **no later than July 2, 2007**.

DONE this 28th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE