IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARVINMERITOR SEJONG, LLC and )<br>KELLY SERVICES INC., )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO.<br>2:07-CV-00395-WHA -TFM |

### MOTION FOR LEAVE TO AMEND

COMES NOW, the Plaintiff Shalisa D. Rivers, by and through her attorney of record, to move the Court for leave to amend her complaint and would show unto the Court as follows:

Allowing her amended complaint will not prejudice the defendants in any way as it alleges no new facts, as it only shows the addition of a new defendant to the above matter.

Wherefore, the premises considered, the Plaintiff prays that the Court will grant her leave to amend her complaint by substituting therefore her amended complaint attached hereto.

Respectfully Submitted the 26th day of June, 2007.

**MOTION GRANTED**

SO ORDERED
THIS 28th DAY OF June, 2007
_____
UNITED STATES DISTRICT JUDGE

/s/ Andy Nelms
Andy Nelms(NEL022)
Attorney for Plaintiff