## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **SHALISA RIVERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **2:07-CV-00395-WHA-TFM** |
| | ) | |
| **ARVINMERITOR SEJONG, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UNOPPOSED MOTION TO POSTPONE RULE 26(f) REPORT DEADLINE

COMES NOW, defendant ArvinMeritor Sejong, LLC and respectfully moves the Court to postpone the current July 2, 2007, deadline for the parties to file their Federal Rule of Civil Procedure Rule 26(f) planning report to a new date to be set by the Court following the filing of Kelly Services' Answer to the Complaint. As grounds therefor, ArvinMeritor Sejong states as follows:

1.      On May 4, 2007, plaintiff filed her Complaint solely against ArvinMeritor Sejong, LLC. (See, Complaint (Doc. 1)).

2.      On June 4, 2007, ArvinMeritor Sejong filed its Answer thereto. (See, Answer (Doc. 8)).

3.      On June 5, 2007, the Court entered an Order setting June 26, 2007, as the deadline for the parties to file a Rule 26(f) planning report. (June 5, 2007, Order (Doc. 10)).

4.      On June 27, 2007, plaintiff filed a motion for leave to amend the Complaint to add Kelly Services as a defendant. (See, Plaintiff's Motion for Leave to Amend (Doc. 16)). The Court granted this motion on June 28, 2007. (June 28, 2007, Order (Doc. 19)).

5.      On June 28, 2007, the Court also entered an Order directing the parties to file their Rule 26(f) planning report by July 2, 2007.  (July 28, 2007, Order (Doc. 18)).

6.      Because plaintiff has been granted leave to amend the Complaint to add Kelly Services as a defendant, Kelly Services should participate in a Rule 26(f) planning conference and preparation of the Rule 26(f) report.  Because plaintiff, apparently, has not yet filed the Amended Complaint or served Kelly Services, and because Kelly Services has not yet filed a Notice of Appearance or Answer, the current July 2, 2007, deadline for the parties Rule 26(f) planning report should be postponed to a new date to be set by the Court following the filing of Kelly Services' Answer to the Complaint.  This postponement will best serve the interests of judicial economy, as well as the parties' interests in economy and efficiency.

7.      ArvinMeritor Sejong has advised plaintiff of its intent to file this motion, and plaintiff does not oppose its grant.  No party will be prejudiced by the grant of this motion.

WHEREFORE, PREMISES CONSIDERED, ArvinMeritor Sejong respectfully requests that the Court grant this motion to postpone the current July 2, 2007, deadline for the parties to file their Federal Rule of Civil Procedure Rule 26(f) planning report to a new date to be set by the Court following the filing of Kelly Services' Answer to the Complaint, or provide such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ David L. Warren, Jr.
(WAR-042)

2

Beverly P. Baker (BAK-014)
David L. Warren, Jr. (WAR-042)
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: beverly.baker@odnss.com
E-mail: david.warren@odnss.com

*Attorneys for Defendant ArvinMeritor
Sejong, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2007, I electronically filed the foregoing *UNOPPOSED MOTION TO POSTPONE RULE 26(f) REPORT DEADLINE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Keith Anderson Nelms, Jay Lewis, and Beverly Poole Baker.

/s/ David L. Warren, Jr.
(WAR-042)

**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
Fax: (205) 328-6000
E-mail: david.warren@odnss.com

3