IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:07-CV-00395-WHA-TFM |
| | ) |
| ARVINMERITOR SEJONG, LLC, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO POSTPONE RULE 26(f) REPORT DEADLINE**

COMES NOW, defendant ArvinMeritor Sejong, LLC and respectfully moves the Court to postpone the current July 2, 2007, deadline for the parties to file their Federal Rule of Civil Procedure Rule 26(f) planning report to a new date to be set by the Court following the filing of Kelly Services' Answer to the Complaint. As grounds therefor, ArvinMeritor Sejong states as follows:

1. On May 4, 2007, plaintiff filed her Complaint solely against ArvinMeritor Sejong, LLC. (See, Complaint (Doc. 1)).

2. On June 4, 2007, ArvinMeritor Sejong filed its Answer thereto. (See, Answer (Doc. 8)).

3. On June 5, 2007, the Court entered an Order setting June 26, 2007, as the deadline for the parties to file a Rule 26(f) planning report. (June 5, 2007, Order (Doc. 10)).

4. On June 27, 2007, plaintiff filed a motion for leave to amend the Complaint to add Kelly Services as a defendant. (See, Plaintiff's Motion for Leave to Amend (Doc. 16)). The Court granted this motion on June 28, 2007. (June 28, 2007, Order (Doc. 19)).

**MOTION GRANTED**

SO ORDERED
THIS _____ DAY OF _____, 20___

_____
UNITED STATES DISTRICT JUDGE