IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-00395-WHA -TFM |
| ARVINMERITOR SEJONG, LLC and ) | |
| KELLY SERVICES INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**NOTICE OF CORRECTION FOR CERTIFICATE OF SERVICE**

COMES NOW, the Plaintiff Shalisa D. Rivers, by and through her attorney of record, to move the Court for correction of the certificate of service for the reason stated as follows:

1. The Plaintiff's summons filed with the Court DATE stated the " Corporation Company" underneath the "TO" heading on the document; however, it should have been labeled as follows "ArvinMeritor Sejong LLC c/o The Corporation Company".

WHEREFORE, the premises considered, the Plaintiff prays that the Court will grant this notice of correction for Plaintiff's certificate of service.

Respectfully Submitted the _11th _day of July, 2007.

/s/ K. Anderson Nelms
K. Anderson Nelms
**THE LAW OFFICES OF JAY LEWIS, LLC**
By: Keith Anderson Nelms (ASB-6972-E63K)
Attorney for Plaintiff
847 S. McDonough Street
Montgomery, AL 36104
(334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
nelmsandy@hotmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this __26th__ day of June, 2007.

Arvinmeritor Sejong L.L.C
c/o The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, AL  36109

Kelly Services Inc
999West Big Beaver Rd
Troy, MI 48084-4782

                                                /s/ K. Anderson Nelms
                                                K. Anderson Nelms
                                                **THE LAW OFFICES OF JAY LEWIS, LLC**
                                                By:  Keith Anderson Nelms (ASB-6972-E63K)
                                                Attorney for Plaintiff
                                                847 S. McDonough Street
                                                Montgomery, AL 36104
                                                (334) 263-7733
                                                Fax: (334) 832-4390
                                                andynelms@jaylewislaw.com
                                                nelmsandy@hotmail.com