IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS,        )<br>                       )<br>    Plaintiff,        )<br>                       )<br>v.                     )<br>                       )<br>ARVINMERITOR SEJONG, LLC, )<br>and, KELLY SERVICES.  )<br>    Defendant.         )<br>                       )<br>                       )<br>                       ) | CIVIL ACTION NO.<br>2:07-CV-00395-WHA-TFM |

**PLAINTIFF'S RESPONSE TO DEFENDANT ARVINMERITOR SEJONG'S
MOTION TO DISMISS**

COMES NOW, Plaintiff Shalisa Rivers, in response to Defendant Arvinmeritor Sejong's Motion to Dismiss, and respectfully moves this Court to deny the same, stating as follows the following:

1. Plaintiff is of the belief that she, contemporaneously with the filing of Plaintiff's Charge of Discrimination against Defendant Kelly Services, filed a charge of discrimination with the EEOC against Arvinmeritor Sejong, L.L.C. Plaintiff has a copy of the Charge of Discrimination in her files, however, after repeated attempts to obtain a demonstration of proof from the EEOC that, in fact, such a charge of discrimination was filed none has been forthcoming. (Exhibit "A").

2. As of this date, EEOC has failed to respond to Plaintiff's charge of discrimination against Defendant Arvinmeritor Sejong, L.L.C. Plaintiff is of the position that she filed charges against both Defendants. (*Id*.).

3. Plaintiff is of the opinion that such errors with the EEOC in Birmingham, Alabama are common. In fact, Plaintiff has made numerous attempts to obtain the entire investigative file in this matter in an effort to ascertain the whereabouts and wherefores of the charge of discrimination against ArvinMeritor Sejong, L.L.C. to no avail. (*Id*.). The investigative file would include documentation of any attempt on behalf of the EEOC investigator to interview ArvinMeritor Sejong employees regarding the allegations against either or both Defendants. Were the investigative file forthcoming, Plaintiff could refute ArvinMeritor Sejong's assertion that it never received notice of Plaintiff's claim.

4. Plaintiff in her Complaint alleges that Sylvia Page, believed to be an employee of Kelly Services, terminated her due to her pregnancy. It can be reasonably inferred that ArvinMeritor Sejong instructed Kelly Services to terminate Plaintiff's employment or, in the alternative, instructed Kelly Services to replace Plaintiff with a non-pregnant worker. It would further follow that as part of the investigative process, the EEOC investigator would have by necessity contacted ArvinMeritor Sejong to determine the cause or reason for Plaintiff's termination of employment. If such an investigation was performed, ArvinMeritor Sejong's assertions in its Motion to Dismiss that no notice was given would be disingenuous.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter an Order denying Defendant's Motion to Dismiss. In the alternative, Plaintiff moves that the Motion to Dismiss be denied until such time as limited discovery may be performed to

resolve the unanswered questions and issues related to the EEOC Charge of Discrimination against ArvinMeritor Sejong.

Respectfully submitted this the 17th day of July, 2007.

>s/K. ANDERSON NELMS
>K. ANDERSON NELMS
>P.O. Box 5059
>Montgomery, AL 36103
>Phone: (334) 263-7733
>Fax: (334) 832-4390
>andynelms@jaylewislaw.com
>ASB-6972-E63K
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this 17th day of July, 2007:

David Warren, Jr.
Beverly Baker

>s/K. ANDERSON NELMS
>K. ANDERSON NELMS
>P.O. Box 5059
>Montgomery, AL 36103
>Phone: (334) 263-7733
>Fax: (334) 832-4390
>andynelms@jaylewislaw.com
>ASB-6972-E63K
>Counsel for Plaintiff