IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, )   )   Plaintiff, )   )   v. )   )   ARVINMERITOR SEJONG, LLC, )   et al., )   )   Defendants. ) | CIVIL ACTION NO. 2:07cv395-WHA |

## ORDER

Upon consideration of Defendant Kelly Services, Inc.'s Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. #31), filed on August 3, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 27, 2007** why the motion should not be granted.  The Defendant shall have **until September 4, 2007**, to file any reply it may wish to file.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 6th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE