IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07-CV-00395-WHA-TFM |
| ) | |
| ARVINMERITOR SEJONG, LLC, ) | |
| and KELLY SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **Kelly Services, Inc.**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully submitted,

/s/ Richard E. Trewhella, Jr.
Thomas L. Oliver, II (313153)
Richard E. Trewhella, Jr. (679288)
Attorneys for Defendant

**OF COUNSEL:**

**CARR, ALLISON, PUGH, HOWARD,
  OLIVER & SISSON, P.C.**
100 Vestavia Parkway
Birmingham, Alabama 35216
(205) 822-2006 *telephone*
(205) 822-2057 *facsimile*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of same by CM/ECF on this the 7th day of August, 2007:

K. Anderson Nelms, Esq.
The Law Offices of Jay Lewis, LLC
847 S. McDonough Street
Montgomery, AL 36104

Beverly P. Backer, Esq.
David L. Warren, Jr., Esq.
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
Once Federal Place, Suite 1000
1819 5th Ave. North
Birmingham, AL 35203-2118

                                                /s/Richard E. Trewhella, Jr.
                                                OF COUNSEL