IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:07-CV-00395-WHA -TFM |
| ARVINMERITOR SEJONG, LLC and | ) |
| KELLY SERVICES INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## MOTION TO WITHDRAW

COMES NOW Jay Lewis, Attorney at Law, and files his Motion to Withdraw as counsel for the Plaintiff and states that K. Anderson Nelms will be representing Plaintiff without the necessity of assistance of the undersigned.

RESPECTFULLY SUBMITTED this __30th__ day of July, 2007.

/s/ JAY LEWIS
Jay Lewis
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Plaintiff

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20 __
_____
UNITED STATES DISTRICT JUDGE