IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALISA RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv395-WHA |
| ) | |
| ARVINMERITOR SEJONG, LLC, and ) | |
| KELLY SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 6, 2007, the court entered an order (Doc. #32) requiring the Plaintiff to respond to the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. #31), filed by the Defendant Kelly Services, Inc. on August 3, 2007.  No response has been filed by the Plaintiff.  Therefore, the court considers the motion based on the submissions attached to the motion.  Having done so, the court finds that the Plaintiff failed to file a complaint against Kelly Services, Inc. within 90 days of her receipt of the EEOC's determination and right-to-sue letter and is now barred from asserting her Title VII claims against Kelly Services, Inc.  Since this determination is made on the basis of evidence attached to the motion, the court finds relief to be appropriate under the alternative Motion for Summary Judgment.  Accordingly, it is hereby

ORDERED that the Motion to Dismiss of Kelly Services, Inc. is DENIED, but the alternative Motion for Summary Judgment is GRANTED, and summary judgment is entered in favor of the Defendant, Kelly Services, Inc., and against the Plaintiff, Shalisa Rivers.

On August 10, 2007, the court entered an order denying the Motion to Dismiss of the Defendant, ArvinMeritor Sejong, LLC (Doc. #12), filed on June 25, 2007, converting the Motion to Dismiss to a Motion for Summary Judgment, and allowing the Plaintiff to respond further to the Motion for Summary Judgment by August 27, 2007.  No response has been filed by the Plaintiff.  Therefore, the court considers the Motion for Summary Judgment based on the evidence submitted with the motion.  Having done so, the court finds that the Plaintiff failed to file an EEOC charge against ArvinMeritor Sejong, LLC before the filing of this suit, that ArvinMeritor Sejong, LLC and Kelly Services, Inc. are separate and independent entities, and that the Plaintiff has failed to satisfy the statutory prerequisites for filing a Title VII suit against ArvinMeritor Sejong, LLC.  Therefore, the Defendant is entitled to judgment as a matter of law, the Motion for Summary Judgment is GRANTED, and summary judgment is granted in favor of the Defendant ArvinMeritor Sejong, LLC, and against the Plaintiff, Shalisa Rivers.

This case is DISMISSED with prejudice, costs taxed to the Plaintiff.

DONE this 7th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE